### ALEXANDER *v.* THE STATE.

LUMPKIN, J. 1 Under the evidence, there was no error in omitting to charge on the subject of voluntary manslaughter.
2. The evidence supported the verdict, and there was no error in overruling the motion for a new trial.

*Judgment affirmed. All the Justices concur.*
APRIL 18, 1913.

Indictment for murder. Before Judge Daniel. Pike superior court. January 2, 1913.

*J. J. Flynt* and *H. O. Farr,* for plaintiff in error.

*T. S. Felder, attorney-general, E. M. Owen, solicitor-general,* and *J. W. Wise,* contra.